# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC O'NEAL SELDERS

NO. 2019 KW 0801

**SEP 17 2019**

---

In Re:    Eric O'Neal Selders, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1400061.

---

BEFORE:    **WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.**  This court cannot properly review the claim in the writ application.  Relator failed to include the March 28, 2016 guilty plea transcript, pertinent district court minutes, the bill of information, the uniform commitment order, his master prison record, and any other portion of the district court record that might support the claim raised in the writ application.  Supplementation of this writ application and/or an application for rehearing will not be considered.  <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  In the event relator elects to file a new application with this court, the application shall be filed on or before November 16, 2019.  Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JMG**

    **Crain, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT